John O. Avery (3407)
Ryan E. Farnsworth (8885)
Avery Law
770 South Woodruff Avenue
Idaho Falls, ID  83401
Telephone: (208) 524-3020
Facsimile:  (208) 524-2051

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Matthew & Jessie Rodenbough | ) | Case No.  17-40658 |
| | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |

**OBJECTION TO MOTION FOR TURNOVER**

COME now Counsel for Debtors herein, John Avery d/b/a Avery Law, by and through Ryan Farnsworth, and hereby objects to Trustee's Motion for Turnover of Attorney Fees (Dkt. No. 86).

As basis therefore Counsel asserts;

1. The amount paid to Avery Law for services, including an anticipated adversary proceeding, and multiple complicated motions and objections from Trustee and Creditor Running Horse, LLC, was reasonable for the services anticipated and actually provided.

2. Per billing to date, Avery Law has earned fees beyond the $11,000 recieved as payment for services anticipated and already actually rendered. An affidavit of counsel will be filed with billing detail before hearing on this matter.

3. Case law in the Ninth Circuit dictates that an Adversary Proceeding that can be reasonably anticipated cannot be unbundled from a bankruptcy attorney's services. *DeLuca v. Seare* (*In re Seare*), 515 B.R. 599 (BAP 9th Cir. 2014). The

public policy serves the interest of the court and public by preventing attorney's from beginning bankruptcy proceedings, leaving Debtors and Creditors worse after the 341 meeting and courts having to deal with pro se litigants in complex dischargeability matters.

4. This court cannot grant Trustee's motion without first determining that (1) the attorney fees paid to Avery Law are estate property and (2) the amount charged was unreasonable. Neither has been pled by the trustee, there are motions the Trustee could have filed to accomplish each of these which have not been filed, and the trustee's action is procedurally deficient.

5. .

Wherefore, Counsel prays that Trustee's Motion be denied, and for such other relief as this Court deems just and proper.

Dated this 6th Day of July, 2018

                                                    /s/ Ryan Farnsworth
                                                    Ryan Farnsworth
                                                    Attorney for Debtors

## CERTIFICATE OF SERVICE

COMES NOW Chris Harrop and hereby certifies that on this 6th day of July, 2018, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent a Notice to the following persons:

William C Ferebee on behalf of Plaintiff Running Horse, LLC
wferebee@ofmflaw.com

R Sam Hopkins
ID13@ecfcbis.com

Jay A Kohler on behalf of Creditor Running Horse, LLC
cindy@kohlerlawif.com

Thomas Daniel Smith on behalf of Trustee R Sam Hopkins
tsmith8206@cableone.net

US Trustee
ustp.region18.bs.ecf@usdoj.gov

I further certify that I served the foregoing document via first class mail postage prepaid to the following non CM/ECF :


_/s/_____
Chris Harrop